■ In the Matter of Ato Clyburn, Petitioner, v Gregory J. Kadien, Superintendent, Gowanda Correctional Facility, et al., Respondents. [898 NYS2d 910]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [John L. Michalski, A.J.], entered December 2, 2009) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ The People of the State of New York, Respondent, v Alvin J. Hancock, Appellant. (Appeal No. 1.) [899 NYS2d 722]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered March 14, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ The People of the State of New York, Respondent, v Frank Leveille, II, Appellant. (Appeal No. 1.) [899 NYS2d 722]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 9, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.